928

No. 1391. COLORADO *v.* FRANC ET AL. Sup. Ct. Colo. Certiorari denied. *Duke W. Dunbar,* Attorney General of Colorado, *William Tucker,* Assistant Attorney General, and *Clifton A. Flowers,* Special Assistant Attorney General, for petitioner. *Marjorie W. McLean* for respondents.

No. 1394. SWINGLE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *William H. Dempsey, Jr.,* and *Anthony A. Lapham* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States.

No. 1410. MIDWESTERN GAS TRANSMISSION CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 7th Cir. Certiorari denied. *W. C. Braden, Jr., Harry S. Littman, Melvin Richter, Jack Werner, Dale A. Wright, Harold L. Talisman,* and *Harry R. Begley* for petitioners. *Solicitor General Griswold, Richard A. Solomon, Peter H. Schiff,* and *Israel Convisser* for respondent Federal Power Commission, and *Christopher T. Boland, Thomas F. Brosnan, George J. Meiburger,* and *Harry L. Albrecht* for respondent Independent Natural Gas Association of America.

No. 1413. LITTLE RIVER MARINE CONSTRUCTION CO., INC. *v.* FLAKSA. C. A. 5th Cir. Certiorari denied. *Richard F. Ralph* for petitioner. *Walter H. Beckham* for respondent.

No. 1444. AMERICAN ACCEPTANCE CORP. *v.* SCHOENTHALER ET AL. C. A. 5th Cir. Certiorari denied. *William Gresham Ward* and *Richard Aaron Kanner* for petitioner. *Charles R. Morgan* and *Harry G. Carratt* for respondents.